AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| In the Matter of the Search of<br>*104 South Mickey Mantle Boulevard,*<br>*Commerce, Oklahoma 74339* | )<br>)<br>)<br>)<br>) | Case No. 26-mj-397-JFJ<br>**FILED UNDER SEAL** |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Oklahoma
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before 5/22/26 *(not to exceed 14 days)*

☑ in the daytime, 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Jodi F. Jayne *(name)*.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):

☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____________.

Date and time issued: 5/8/26, 8:51 am [signature] *Judge's signature*

City and state: Tulsa, Oklahoma Jodi F. Jayne, U.S. Magistrate Judge *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-MJ-397 | 5/11/2026 at 6:00 AM | David Hernandez and left on couch |

Inventory made in the presence of :
David Hernandez and TFA Billy Stites

Inventory of the property taken and name of any person(s) seized:

Black Samsung Cell Phone
Blue Samsung Cell Phone
Blue Samsung Cell Phone
Purple Cricket Cell Phone
Bottle of Pills
Package with Shipping Label

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/22/2026

[signature]
*Executing officer's signature*

Jacob Hamblett - Task Force Officer
*Printed name and title*

## ATTACHMENT A

**Property to be Searched**

The property to be searched is located at 104 S Mickey Mantle Blvd, Commerce, Oklahoma, including the curtilage premises, within the Northern District of Oklahoma.

The primary residence to be searched is located on the West side of Mickey Mantle Blvd, and is a gray-sided house, with the front door facing East. The outbuildings to be searched include:

- A detached garage, to the West of the primary residence
- A closed-down restaurant building to the North of the primary residence, which sits on the Southwest corner of Commerce Avenue and S Mickey Mantle Blvd; and
- A silver metal shop building to the West of the closed-down restaurant building.

The property to be searched is further depicted in the pictures below.




DETACHED GARAGE


Restaurant Building
Metal Shop Building


Commerce Ave
U.S. Bicycle Rte 66
Commerce Ave
SUBJECT LOCATION
101
103
Taco Lady
Temporarily closed
103
105
U.S. Route 66
A St
A St
A St

# ATTACHMENT B

## Particular Things to be Seized

All items that constitute evidence, instrumentalities, contraband, and/or fruits of violations of 21, U.S.C., Sections 841(a)(1) and 841(b)(1)– possession of a controlled substance with the intent to distribute, and 21, U.S.C., Section 846 – conspiracy to distribute methamphetamine, including:

a. Documents showing ownership of real or personal property;

b. United States Currency or items reflecting drug proceeds;

c. Books, records, receipts, notes, and other papers relating to the trafficking of narcotics even though these documents may be in code or in a different language other than English or electronically stored data;

d. Contraband, including controlled substances such as Methamphetamine, proceeds of drug sales, records of drug transactions, drug sources, drug customers, and other tangible items evidencing the obtaining, secreting, transfer and/or concealment of assets and/or money obtained through or used in the transportation, distribution, and sale of narcotics, including but not limited to drug or money ledgers, buyers lists, seller lists, recording of sales and any corresponding records of account receivable, money paid or received, drugs supplied or received, cash received to be paid for controlled

substances or intended to be paid for controlled substances, whether in paper form or electronically stored data on cellular telephones;

e. Items of personal property tending to establish the existence of a narcotics conspiracy including but not limited to personal telephone bills, photographs and documents and other items reflecting names, addresses, telephone numbers, and communications;

f. Paraphernalia for distributing, packaging and weighing narcotics. Equipment and materials used in the building or using concealed compartments;

g. Articles of personal property tending to establish the ownership of the property in question, including telephone, rent receipts, keys, utility company receipts, papers, documents, letters and cancelled mail envelopes;

h. Records of mail and communication services for cellular telephones and other communication devices which evidence the participation in a conspiracy to distribute narcotics;

i. Records and items reflecting travel for participation in drug trafficking, including passports, airline tickets, vehicle rental receipts, credit card receipts, hotel and restaurant receipts, cancelled checks, maps, and records of long-distance calls reflecting domestic and foreign travel;

j. All appointment calendars containing information related to violations of 21, U.S.C., Sections 841(a)(1), 841(b)(1), and 846;

k. Bank statements, loan applications, money drafts, letters of credit, money orders, cashier's checks, bank checks, safety deposit box keys, vault keys, safes, any documents relating to banking activities and other financial transactions including the purchase of real estate and documents showing ownership of real estate containing information related to violations of 21, U.S.C., Sections 841(a)(1), 841(b)(1), and 846;

l. Evidence of proceeds includes items relating to maintaining, secreting, gathering, or liquidating drug proceeds, particularly financial records of withdrawals, funds of transfers, purchases, sales, transfers of assets, or consolidation of assets. Liquid assets or evidence of them, including currency, bank statements, money drafts, letters of credit, money orders, cashier's checks, pass books, precious metals and jewelry, and documents relating to safe deposit boxes, stocks, bonds, and other financial instruments;

m. Evidence of the expenditure of money for the purchase of vehicles or evidence establishing an ownership interest in vehicles, including certificates of title, vehicle tag records, photographs, and receipts of vehicle

transactions containing information related to violations of 21, U.S.C., Sections 841(a)(1), 841(b)(1), and 846; and

n. Evidence (as listed above) contained within vehicles on the curtilage of the property to be searched;

o. Cellular telephones;

p. Electronically stored data on cellular telephones or other electronic storage devices, such as PDA's or electronic organizers containing information related to violations of 21, U.S.C., Sections 841(a)(1), 841(b)(1), and 846;

q. Electronic memory chips or storage chips or SIM cards used in cellular telephones and the data and information stored thereon. Computers and data storage devices including discs, drives, CD's and DVD's and the electronically stored data thereon. The electronically kept information or data stored on electronic storage devices, computers or PDA's whether in files or disc, drives, in memory storage devices, in the drives or other electronic storage medium. E-mail, text messages or other notes or records whether financial or otherwise, accessible by computer or other communication services stored in files on hard drives, drives, CD, DVD, in the drives, or other electronic storage medium or device containing information related to violations of 21, U.S.C., Sections 841(a)(1), 841(b)(1), and 846; and

r. Firearms, ammunition, and articles associated with the possession, ownership and use of firearms including, boxes, receipts, holsters, magazines, and equipment containing information related to violations of 21, U.S.C., Sections 841(a)(1), 841(b)(1), and 846.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

No seized cellular phones, storage media, or other devices containing electronically stored information will be searched without obtaining another search warrant for the data therein.